[No. 64161-1-I.   Division One.   October 25, 2010.]

HERMAN BATES, *Respondent*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Defendant*, CLARK HEAVY CONSTRUCTION, INC., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-2-22253-5, Timothy A. Bradshaw, J., entered August 19, 2009. *Affirmed* by unpublished opinion per Lau, J., concurred in by Grosse and Appelwick, JJ.

[No. 64256-1-I.   Division One.   October 25, 2010.]

HARBOUR HOMES, INC., *Appellant*, v. AMERICA 1ST ROOFING & BUILDERS, INC., ET AL., *Defendants*, ANTHONY'S HOMES, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 07-2-07031-0, George F.B. Appel, J., entered August 6, 2009. *Affirmed* by unpublished opinion per Lau, J., concurred in by Ellington and Spearman, JJ.

[No. 64334-7-I.   Division One.   October 25, 2010.]

*In the Matter of the Parentage of* J.M.W.

MICHAEL A. TIPPIE, *Appellant*, v. MARY V. WILSON, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 08-3-01309-1, George F.B. Appel, J., entered September 24, 2009. *Affirmed* by unpublished opinion per Lau, J., concurred in by Dwyer, C.J., and Schindler, J.

[No. 38095-1-II.   Division Two.   October 26, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD KEAL, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 07-1-02733-7, Frank E. Cuthbertson, J., entered February 1, 2008. *Affirmed* by unpublished opinion per Worswick, A.C.J., concurred in by Armstrong, and Appelwick, JJ.